IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD RAY MCKINNEY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CARL WOFFORD, Warden,**<br><br>　　　　　　　　　　Respondent. | Case No. 1:15-cv-01908 MJS HC<br><br>**ORDER** |

　　Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's opposition to Respondent's motion to dismiss be filed on or before May 10, 2016.

IT IS SO ORDERED.

　　Dated:　April 12, 2016　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE